FILED
JAMES BONINI
CLERK
2010 MAY 19 PM 1:52
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | Case No. 3:10cr00027 |
| : | |
| vs. | District Judge Walter Herbert Rice |
| : | Magistrate Judge Sharon L. Ovington |
| ROGER D. SHERROCK, : | |
| Defendant. : | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS FILED ON APRIL 29, 2010 (Doc. #25); ACCEPTING DEFENDANT'S PLEA OF GUILTY TO COUNTS FOUR AND FIVE OF THE INDICTMENT; AND FINDING DEFENDANT GUILTY AS CHARGED IN COUNTS FOUR AND FIVE OF THE INDICTMENT**

This matter came before the Court for a hearing on April 28, 2010 concerning Defendant's change of plea. The matter was heard before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #25). Having conducted a full colloquy with Defendant, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and the time for objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the comprehensive findings by the United States Magistrate Judge, this Court adopts the

findings and recommendations of the United States Magistrate Judge, and finds that Defendant's guilty plea was knowing, intelligent, and voluntary. Defendant is FOUND guilty of the offenses for which he pled.

Sentencing is set on **July 29, 2010 at 2:00 PM** in Courtroom 1 before United States District Judge Walter Herbert Rice.

Walter Herbert Rice
United States District Judge